UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CEDRIC GREENE,<br>             Plaintiff(s),<br>vs.<br>SPRINT NEXTEL CORPORATION,<br>             Defendant(s). | 2:15-cv-00238-RFB-NJK<br><br>(Docket No. 11) |

Pending before the Court is Plaintiff's motion seeking to transfer a court file from California state court to this Court apparently because the California courts no longer permit him to litigate there. Docket No. 11. On December 30, 2015, this case was dismissed and judgment was entered. Docket No. 9. Accordingly, the pending motion is **DENIED**.

IT IS SO ORDERED.

Dated: April 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge